**Deny and Opinion Filed May 13, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00513-CV

### IN RE OMP DEVELOPMENT, LLC, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01265**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and Fillmore
Opinion by Justice Moseley

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its April 4, 2014 Amended Order of Remand and order the trial court to confirm and enter judgment on the arbitration award that is the subject of the Amended Order of Remand. The facts and issues are well known to the parties, so we need not recount them herein. A writ of mandamus issues to correct a clear abuse of discretion when no adequate remedy by appeal exists. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Relator has failed to establish that the trial court has clearly abused its discretion. Accordingly, we **DENY** the petition for writ of mandamus.

/Jim Moseley/
JIM MOSELEY
JUSTICE

140513F.P05